Eastern District of Kentucky
**FILED**

NOV 18 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                              INDICTMENT NO. 6:22-cr-66-REW
                                                18 U.S.C. § 1001

AUSTIN Z. FLYNN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about August 7, 2019, in McCreary County, in the Eastern District of Kentucky,

**AUSTIN Z. FLYNN**

did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, by submitting Travel Settlement Claim forms claiming he was at FCC Hazelton on travel status on June 21, 2019, and July 19, 2019, and requesting per diem payments for those dates, to Federal Bureau of Prisons Business Administrator Robbie Brown, well knowing and believing that he was in fact in Somerset, Kentucky, on those dates, all in violation of

18 U.S.C. § 1001.

**A TRUE BILL**

███████████████

**FOREPERSON**

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**  Not more than 5 years of imprisonment, $250,000 fine, and 3 years of supervised release.

**PLUS:**  Mandatory special assessment of $100.

**PLUS:**  Restitution, if applicable.